FILED: September 16, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-6461
(1:07-cv-02049-CCB)
(1:98-cr-00144-CCB-1)

_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

DARREN L. KEYS,

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this Court, entered July 25, 2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*